

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| ZACHARY JOHNSTON, | § | No. 08-20-00014-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03893) |
|  | § |  |

## **O R D E R**

The Court on its own motion ORDERS Rachel Simons, Official Court Reporter for the 168th District Court of El Paso County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit 4 (DVD). The supplemental reporter's record is due with this Court on or before February 21, 2022.

IT IS SO ORDERED this 16th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.